UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA MAHL ROMBACH, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 16-556 |
| JOE CULPEPPER, ET AL | * | SECTION:  B |
| *   *   *   *   *   *   * | * | MAGISTRATE:  2 |

**<u>PLAINTIFFS' WITNESS AND EXHIBIT LIST</u>**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, DONNA MAHL ROMBACH and the ESTATE OF GREGORY ROMBACH, who respectfully submit the following list of witnesses and exhibits in the captioned matter.

**A.   WITNESSES**

Plaintiffs may call the following witnesses at trial:

1. Donna Rombach;

2. Peter A. Rombach, Jr.;

3. Major Scott Adams;

4. PFC Joshua Spinks;

5. Det. Sgt. David Miller;

6. ROS Shauna Henke;

7. Capt. Raymond Tate;

8. Chief Joe Culpepper;

9. Representative/EMS of Northshore EMS or other EMS service providing service to Bogalusa City Jail;

10. Chadrick Hart;

11. Christopher Flot;

12. Assistant Coroner Daniel Whittington;

13. Dr. Yoshiyuki Kikuchi;

14. CO Lisa Erwin;

15. Rodney Kelley;

16. CO Lesley Knight;

17. COII Otis Taylor;

18. CO Powell;

19. CO Peyton;

20. CO Louis Clark;

21. PFC John Rester;

22. CO Kenneth Branton;

23. Jeff Carter – Corrections Expert;

24. G. Randolph Rice, Ph.D. – Economic Expert;

25. Wendy O'Quin Perrette;

26. The minor child, D.A.R.;

27. Kelvin Jackson;

28. Julian Alfred;

29. Cornell Lucas;

30. Mark Long;

31. Peter A. Rombach, Sr. (deceased – by deposition);

32. Any witness listed or called by any other party, or whose identity may become known as discovery continues.

**B.     EXHIBITS**

Plaintiffs may offer and introduce the following exhibits at trial:

1. Autopsy Report regarding Gregory Rombach and other records of the St. Tammany and/or Washington Parish Coroner's offices;

2. Death certificate of Gregory Rombach;

3. Bogalusa Police Booking Sheet for Gregory Rombach;

4. Bogalusa Police Booking Medical Sheet for Gregory Rombach;

5. Bogalusa City Jail Activity Logs;

6. Bogalusa Police Department Incident Report No. 2015005520;

7. Bogalusa Jail Procedures;

8. Financial records of decedent, Gregory Rombach, including but not limited to IRS records;

9. Photographs, videos, diagrams, drawings and/or other representations of the Bogalusa City Jail and the decedent, Gregory Rombach;

10. Records of Northshore EMS or other EMS service providing service to Bogalusa City Jail;

11. Bogalusa City Jail phone records and/or recordings and/or videos;

12. Any exhibit listed or used by any other party or which may be discovered during the course of discovery.

                                         RESPECTFULLY SUBMITTED:

                                         __s/ David C. Whitmore_____
                                         LAWRENCE BLAKE JONES (7495)
                                         DAVID C. WHITMORE (17864)
                                         BLAKE JONES LAW FIRM, LLC
                                         701 Poydras Street, Suite 4100

New Orleans, LA  70139  
Telephone:  (504) 525-4361  
Facsimile:  (504) 525-4380

## CERTIFICATE OF SERVICE

I do hereby certify that on the 15th day of January, 2018, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-notification by operation of the court's electronic filing system.  I further certify that, on the aforementioned date, I also served a copy of the foregoing pleading upon all counsel of record who are non-CM/ECF participants via facsimile transmission and/or via hand delivery and/or via the United States mail, postage prepaid and properly addressed.

s/ David C. Whitmore