UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF GREGORY ROMBACH and DONNA MAHL ROMBACH, on behalf of the minor child, D.A.R.<br>    Plaintiff | CIVIL ACTION NO.: 16-0556<br><br>SECTION: "'B"<br><br>MAGISTRATE: 2 |
| VERSUS | |
| JOE CULPEPPER, Individually and in his official capacity as Chief of Police, City of Bogalusa, Louisiana, SCOTT ADAMS, Individually and in his official capcacity as Warden, Bogalusa City Jail, WENDY O'QUIN PERETTE, Individually and in her official capacity as Mayor, City of Bogalusa, and JOHN DOE(S) and/or JANE DOE(S) A-Z individually and in their official capacities and XYZ INSURANCE COMPANY<br>    Defendants | |

*****************************************************************************

## WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, come Defendants JOE CULPEPPER, Individually and in his official capacity as Chief of Police, City of Bogalusa, Louisiana, SCOTT ADAMS, Individually and in his official capacity as Warden, Bogalusa City Jail, WENDY O'QUIN PERETTE, Individually and in her official capacity as Mayor, City of Bogalusa, and JOHN DOE(S) and/or JANE DOE(S) A-Z individually and in their official capacities, who hereby submit the following witness and exhibit lists in compliance with this Honorable Court's previously issued Scheduling Order, to wit:

**WITNESSES**

1.  Joe Culpepper
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

Chief Culpepper is named as a Defendant and may be called to testify regarding any and all aspects of the facts that form the basis of Plaintiffs lawsuit and the investigation and death of Gregory Rombach.

2. Scott Adams
Bogalusa Police Department
111 Memphis Street
Bogalusa, LA 70427

Warden Major Adams is named as a Defendant and may be called to testify regarding any and all aspects of the facts that form the basis of Plaintiffs lawsuit and the investigation and death of Gregory Rombach.

3. Wendy O'Quin Perette
Bogalusa City Hall
202 Arkansas
Bogalusa, LA 70427

Mayor Perette is named as a Defendant and may be called to testify regarding any and all aspects of the facts that form the basis of Plaintiffs lawsuit.

4. Detective Sergeant David Miller
Bogalusa Police Department
111 Memphis Street
Bogalusa, LA 70427

Detective Miller may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

5. PFC Joshua Spinks
Bogalusa Police Department
111 Memphis Street
Bogalusa, LA 70427

PFC Spinks may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

6. Raymond Tate
Bogalusa Police Department
111 Memphis Street
Bogalusa, LA 70427

Captain Tate may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

7.  Ros Shauna Henke
    Intake

    Ms. Henke may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

8.  Chadrick Hart

    Mr. Hart may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

9.  Christopher Flot

    Mr. Flot may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

10. Daniel Whittington
    Washington Parish Coroner's Office

    Mr. Whittington was the Assistant Coroner on the scene. He may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

11. Dr. Yoshiyuki Kikuchi, D.O., Pathologistand/or
    Dr. Roger Casama, M.D.
    Washington Parish Coroner's Office
    St. Tammany Parish Coroner's Office

    Dr. Kikuchi was the pathologist. He may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit. Dr. Casama is the Coroner and an intern

12. Lisa Erwin
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Erwin may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

13. Rodney Kelley
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Mr. Kelley may be called to testify regarding any and all aspects of the facts that

form the basis of this lawsuit.

14. Leslie Knight
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Ms. Knight may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

15. Northshore EMS

    A representative may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

16. Otis Taylor
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Colonel Taylor may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

17. Donna Mahl Rombach

    Ms. Rombach is the Plaintiff. She may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

18. Lisa Stacie
    Forensic Toxicologist
    St. Tammany Parish Coroner's Office
    65278 Highway 434
    Lacombe, LA 70445

    Ms. Staie may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

19. John Lizarraga
    Chief Forensic Toxicologist
    St. Tammany Parish Coroner's Office
    65278 Highway 434
    Lacombe, LA 70445

    Mr. Lizarraga may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

20. Officer Leonard Powell
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Powell may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

21. Officer Kenneth Branton
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Branton may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

22. Louis Clark
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Clark may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

23. Peter Rombach

    Mr. Rombach may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit and his knowledge of George Rombach.

24. John Rester
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Rester may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

25. Lashonda Peyton
    Bogalusa Police Department
    111 Memphis Street
    Bogalusa, LA 70427

    Officer Peyton may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

26. Donald Ladner
    Bogalusa Fire Department
    Bogalusa, LA 70427

    Firefighter Ladner may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

27. Mike Crain
    Bogalusa Fire Department
    Bogalusa, LA 70427

    Firefighter Crain may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

28. Jay Robinson
    Bogalusa Fire Department
    Bogalusa, LA 70427

    Firefighter Robinson may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

29. Mike Hollywood
    Bogalusa Fire Department
    Bogalusa, LA 70427

    Firefighter Hollywood may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

30. Taylor Williams
    Bogalusa Fire Department
    Bogalusa, LA 70427

    Firefighter Williams may be called to testify regarding any and all aspects of the facts that form the basis of this lawsuit.

31. Gary Cook- liability expert
    c/o Keith M. Detweiler
    3838 N. Causeway Blvd. #2850
    Metairie, La. 70002

    Mr. Cook is a retained liability expert and will testify regarding the contents of his expert report to be produced and his opinions including and relative to his review of the facts and circumstances that form the basis of this lawsuit and the applicable state law relative to the regulation of prison facilities and prison personnel and their handling and/or housing of pre-trial detainees.

32. Any witnesses listed by any other party and/or identified as discovery of this case progresses.

**EXHIBITS**

1. Any and all documents and or other items in the Plaintiffs' possession regarding the facts and circumstances that form the basis of this lawsuit.

2. Any and all documents and/or exhibits listed and/or identified by any other party to this lawsuit.

3. Any and all documents and/or exhibits offered and/or referred to stemming from the arrest and prosecution of Gregory Rombach that forms the basis of this lawsuit.

4. Any and all investigative reports, documents, warrants, affidavits, etc., that form and make up the investigative file generated and used and/or relied upon to establish legal cause for the arrest of Gregory Rombach.

5. Any log books or records kept by the Bogalusa Jail for dates that Gregory Rombach was incarcerated from July 6, 2015 through July 9, 2015.

6. Photos taken during the investigation of the death of Gregory Rombach

7. Any video taken during the incarceration of Gregory Rombach and during the investigation of the death of Gregory Rombach

8. Any and all applicable records from the Bogalusa jail regarding policy and procedure for reporting medical problems by inmates and protocol once medical problems are reported

9. Booking records for Gregory Rombach on or about July 6, 2015, including booking photo and medical questionnaire

10. Any and all police reports generated as a result of the incarceration and death of Gregory Rombach

11. The booking sheet 30988 regarding the booking of Gregory Rombach on July 6, 2015

12. The Booking Medical Sheet 30988 generated as a result of the booking of Gregory Rombach on July 6, 2015

13. Any and all records from the St. Tammany Parish and/or Washington Parish Coroner's Offices regarding the autopsy, cause of death, method of death and

toxicology of Gregory Rombach.

14. Any and all records from the City Court of Bogalusa regarding Gregory Rombach and the reason for his incarceration on July 6, 2015 through July 9, 2015, including minutes from the matters of 2014683 and 2014638A generated July 6, 2015

15. Any and all audio recordings from phone calls that occurred or were made to or from the Bogalusa jail from July 5, 2015 through July 9, 2015 by anyone involved in or related to this matter including but not limited to George Rombach and/or his family.

16. Any and all records from the Bogalusa Fire Department and/or EMS generated as a result of the facts and circumstances that form the basis of this lawsuit.

17. Any and all documents, records, audio, reports, etc., listed by and relied upon by Gary Cook to formulate his opinions in this case.

18. The expert report, CV and case history produced with the expert report issued by Gary Cook.

19. Any and all records produced by or from the State of Louisiana and/or any of its subdivisions and/or subagencies regarding the oversight, annual inspections, reviews, and/or review of conditions and/or procedures for confinement of pre-trial detainees at the Bogalusa jail facility.

20. Any and all records listed and/or identified by any party during discovery, including records identified in depositions or discovery after the filing of this list.

Defendants reserve the right to supplement and/or amend these lists as new information becomes known and available.

Respectfully submitted,

NIELSEN & TREAS, L.L.C.

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. S.B. #20784
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 832-9165
Counsel for Defendants,
Joe Culpepper, Scott Adams, Wendy O'Quin Perrette,
and John Doe and Jane Doe A-Z

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2018, I electronically mailed the foregoing discovery to all counsel of record.

David C. Whitmore
Lawrence Blake Jones
Scheuermann & Jones
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Email: jones@nola-law.com; dcw@nola-law.com

　　　　　　　　　　　　　　　　 */s/ Keith M. Detweiler*
　　　　　　　　　　　　　　　　Keith M. Detweiler